So Ordered.

Signed this 4 day of January, 2023.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Re:<br>　　WENDY M. KELLER and<br>　　ROBERT A. KELLER,<br><br>　　　　　　　Debtor(s) | **ORDER**<br><br>Case No. 17-12388<br>Chapter 13 |

_____

**FINAL ORDER GRANTING MOTION FOR LOSS MITIGATION COMPENSATION BY DEBTOR'S LOSS MITIGATION COUNSEL**

**WHEREAS,** Warner & Warner, PLLC, a New York-based, professional limited liability corporation engaged in the practice of law, appearing in this action by and through Jonathan D. Warner, Esq. ("Attorney Warner"), submitting this Motion ("Motion") for Loss Mitigation Compensation by Loss Mitigation Counsel of Debtor(s), and

**WHEREAS,** Warner & Warner, PLLC's Motion was **GRANTED** by this Court, and

**WHEREAS,** Warner & Warner, PLLC, through Attorney Warner, was awarded

compensation, in the amount of **$4,702.50** in consideration for legal and professional services rendered during Debtor's Loss Mitigation Program, and

**WHEREAS,** Chapter 13 Standing Trustee's ("Trustee") was previously authorized to disburse Loss Mitigation compensation awarded to Warner & Warner, PLLC, through Attorney Warner, to the extent of seventy-five percent [75%] (**$3,526.88**) of the total amount awarded, and

**WHEREAS,** this Court's Order authorized Trustee to disburse Loss Mitigation compensation awarded to Warner & Warner, PLLC, through Attorney Warner, to the extent of the remaining twenty-five percent [25%] (**$1,175.62**) of the total amount awarded, following Debtor's submission of a Final Report, and subsequent *Ex Parte* Order Authorizing Final Disbursement of Loss Mitigation Attorney Fees, and

**WHEREAS,** Debtor has submitted a Final Report and Stipulation to Approve Loan Modification, and following all due deliberation by this Court, it is hereby

**ORDERED,** Trustee is hereby **AUTHORIZED** to disburse the remaining twenty-five percent [25%] (**$1,175.62**) of attorney fees awarded to Warner & Warner, PLLC, through Attorney Warner.

###